1  KEVIN V. RYAN, CSBN 118321
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-7124
      FAX: (415) 436-7169
7

8  Attorneys for Defendants

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                     SAN FRANCISCO DIVISION

12 DR. SORIN BASTEA, individually,              )
                                                )
13                 Plaintiff,                    )   Case No. 06-4223 CRB
                                                )
14            v.                                 )
                                                )
15 EMILIO GONZALEZ, Director of the United      )   **STIPULATION TO DISMISS AND**
   States Bureau of Citizenship and Immigration )   ~~**[PROPOSED]**~~ **ORDER**
16 Services (USCIS) and DAVID STILL, as District )
   Director of the San Francisco District Office )
17 of the USCIS,                                 )
                                                )
18                 Defendants.                   )
                                                )
19 _____ )

20     Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys

21 of record, hereby stipulate, subject to the approval of the Court, to dismissal of the action in light

22 of the adjudication of Plaintiff's naturalization application.

23     Each of the parties shall bear their own costs and fees.

24 ///

25 ///

26 ///

27 ///

28 ///

Stip. to Dismiss
C 06-4223 CRB

1    Date: August 24, 2006                    Respectfully submitted,

2                                             KEVIN V. RYAN
                                              United States Attorney
3

4
                                                          /s/
5                                             ILA C. DEISS
                                              Assistant United States Attorney
6                                             Attorneys for Defendants

7
                                                          /s/
8    Date: August 24, 2006                    JAMES A. BACH
                                              Attorney for Plaintiff
9

10                                  **ORDER**

11          Pursuant to stipulation, IT IS SO ORDERED.

12

13   Date:    August 25, 2006

14   CHARLES R. BREYER
     United States

15

16

17

18

19

20

21

22

23

24

25

26

27

28